1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Dennis Price, Esq., SBN 289900
3  100 Pine St., Ste 1250
   San Francisco, CA 94111
4  (858) 375-7385; (888) 422-5191 fax
   Amandas@potterhandy.com
5  Attorneys for Plaintiff

6  David A. Trinh
   TRINH LAW
7  255 North Market St. Suite 125
   San Jose, CA 95110
8  Telephone: 408-890-7843
   Facsimile: 408-890-4774
9  Attorneys for Defendant
   Bagel Street Cafe Enterprise Inc.
10

**GRANTED**
Judge Yvonne Gonzalez Rogers
6/3/2022

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA

13  SCOTT JOHNSON,                      ) Case No.: 4:21-cv-08514-YGR
14        Plaintiff,                    )
                                        )
15    v.                                ) **ORDER GRANTING JOINT
                                        ) STIPULATION FOR
16  BAGEL STREET CAFE ENTERPRISE        ) DISMISSAL PURSUANT TO
    INC., a California Corporation      ) F.R.CIV.P. 41 (a)(1)(A)(ii)**
17                                      )
         Defendant                      )
18                                      )
19                                      )

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 5/31/22                                CENTER FOR DISABILITY ACCESS

                                              By: /s/ Amanda Seabock
                                              Amanda Seabock
                                              Attorney for Plaintiff

Dated: 5/31/22                                TRINH LAW


                                              By: /s/ David A. Trinh
                                              David A. Trinh
                                              Attorneys for Defendants
                                              Bagel Street Cafe Enterprise Inc.,
                                              A California Corporation

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David A. Trinh, counsel for Bagel Street Cafe Enterprise Inc., and that I have obtained Attorney Trinh's authorization to affix their electronic signature to this document.

Dated: 5/31/22                                     CENTER FOR DISABILITY ACCESS

                                                   By: /s/ Amanda Seabock
                                                   Amanda Seabock
                                                   Attorneys for Plaintiff